UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GREENE,

        Plaintiff,

- against -

CITY OF NEW YORK,

        Defendant.

21-cv-1552 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) Report by July 16, 2021.

SO ORDERED.

Dated: New York, New York
July 2, 2021

John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-2021