# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL GREENE,

                Plaintiff,                                21 **CIVIL** 1552 (JGK)

       -against-                                  **JUDGMENT**

CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 2, 2021, The Court approves the Settlement Agreement, including the provisions of attorney's fees as fair, reasonable and adequate. All claims in this action are dismissed with prejudice in accordance with the Settlement agreement (PI).

**Dated:**  New York, New York
           November 2, 2021

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                          **BY:**

                                                                    **Deputy Clerk**